✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   7:15-CR-00004-001 (HL) |
| **GARY PATTON HALL, JR.** | |

Gary Patton Hall, Jr. was sentenced to 84 months in Bureau of Prisons custody and 36 months of supervised release on February 25, 2016, after pleading guilty to the offenses of Count 1, Conspiracy to Commit Bank Fraud and Count 2, Conspiracy to Commit Bank Fraud and Major Fraud Against the United States. On September 10, 2019, the Court reduced his imprisonment sentence to 65 months, pursuant to a Rule 35 motion. Hall has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Gary Patton Hall, Jr. be discharged from supervision.

Respectfully submitted,

*William J. Lee*

William J. Lee
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   12th   day of   October  , 2021.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE